UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
ANITA BERGER, individually and on
behalf of all others similarly situated,

                      Plaintiff,

                                                         JUDGMENT
                                                         18-CV-1280 (ENV) (SMG)

        v.

L.L. BEAN, INC.,

                      Defendant.
-------------------------------------------------------- X

        A Memorandum and Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on January 8, 2019, granting defendant's motion to dismiss; and dismissing plaintiff's complaint without prejudice; it is

        ORDERED and ADJUDGED that defendant's motion to dismiss is granted; and that plaintiff's complaint is dismissed without prejudice.

Dated: Brooklyn, NY                                                        Douglas C. Palmer
       January 9, 2019                                                       Clerk of Court

                                                                              By:     /s/*Jalitza Poveda*
                                                                                       Deputy Clerk